**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:

**DARYL SCOTT CLARK**
       **DEBTOR**

**CASE NO. 15-33834
CHAPTER 7 BANKRUPTCY**

------------------------------------------------

**DARYL SCOTT CLARK**
       **PLAINTIFF**

**V.**

**ADV. NO. 18-03278**

**NATIONWIDE BANK**
       **DEFENDANT**

**CERTIFICATE OF SERVICE
OF COMPREHENSIVE SCHEDULING, PRETRIAL, AND TRIAL ORDER (DOC #3)**

    I certify that on **October 1, 2018** a true and correct copy of the Comprehensive Scheduling, Pretrial, and Trial Order (Doc #3) was served, together with the issued summons and complaint, on the named Defendant as follows:

**Nationwide Bank**
*Defendant*
c/o Andrew D. Walker, President/Or Other Officer
One Nationwide Plaza
Columbus OH 43215

*MAIL: Certified Mail Return Receipt Requested # 9214890142988041866994 4

*Proof of delivery of this package is attached.

DATED: October 5, 2018

                                      Respectfully submitted,

                                      _____
                                      **CHARLES (CHUCK) NEWTON**
                                      Texas Bar No. 14976250
                                      SDTX Bar No. 27900

**CHARLES NEWTON & ASSOCIATES**
190 N. Millport Circle
The Woodlands TX 77382
Phone (281) 681-1170
Fax (281) 901-5631
Email chuck@chucknewton.net

ATTORNEY FOR PLAINTIFF,
Mr. Clark