UNITED STATES POSTAL SERVICE

October 5, 2018

Dear Jane Newton:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0418 6699 44**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | October 5, 2018, 7:09 am |
| Location: | COLUMBUS, OH 43216 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| Recipient Name: | Nationwide Bank |

| Shipment Details | |
|---|---|
| Weight: | 2.4oz |

| Recipient Signature |
|---|

| | |
|---|---|
| Signature of Recipient: | J Klanke |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004