# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br>**DARYL SCOTT CLARK**<br>　　　　　DEBTOR | **CASE NO. 15-33834**<br>**CHAPTER 7 BANKRUPTCY** |
| **DARYL SCOTT CLARK**<br>　　　　　PLAINTIFF | |
| V. | ADV. NO. 18-03278 |
| **NATIONWIDE BANK**<br>　　　　　DEFENDANT | |

## NOTICE OF SETTLEMENT

**TO:　THE HONORABLE JEFF BOHM,**
**　　　UNITED STATES BANKRUPTCY JUDGE**

Pursuant to the Comprehensive Scheduling, Pretrial and Trial Order entered on September 26, 2018 (AP ECF 3) the Court has scheduled this matter for a Status Conference to be heard on November 15, 2018 at 10:00 a.m.

A settlement has been reached by the parties that, with this Court's approval, fully dispose of the claims averred in Mr. Clark's complaint. This settlement has been reduced to writing and the parties have agreed to its terms as evidenced by the signatures thereon.

Undersigned counsel shall appear before the Court at the Status Conference as ordered to announce the settlement.

Respectfully submitted,



_____
**CHARLES (CHUCK) NEWTON**
chuck@chucknewton.net
Texas Bar No. 14976250
SDTX Bar No. 27900
190 N. Millport Circle
The Woodlands TX 77382
Phone (281) 681-1170, Ext. 101
Fax (281) 901-5631

## CERTIFICATE OF SERVICE

I certify that on November 14, 2018, a true and correct copy of the foregoing Notice of Settlement was served on the following parties by the means stated below:

| | |
|---|---|
| Daryl Scott Clark<br>*Debtor / Plaintiff*<br>5202 Dana Leigh Drive<br>Houston TX 77066 | MAIL (No)<br>FAX (No)<br>EMAIL (Yes) |
| Rod S. Kemsley<br>Kemsley Law Firm PLLC<br>*Bankruptcy Atty. for Mr. Clark*<br>505 N. Sam Houston Parkway East, Suite 400<br>Houston TX 77060 | MAIL (No)<br>FAX (No)<br>EMAIL rkemsley@kemsleylaw.com |
| John C. Cannizzaro<br>Associate Attorney / Ice Miller LLP<br>*Attorneys for Defendant*<br>250 West Street, Suite 700<br>Columbus OH 43215-7509 | MAIL (No)<br>FAX (No)<br>EMAIL john.cannizzaro@icemiller.com |

DATED: November 14, 2018

_____
**CHARLES (CHUCK) NEWTON**